# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————————

DEAN ABRAMS,

Petitioner,

v.

AMERICAN EXPRESS NATIONAL BANK,

Respondent.

No. 2D2025-3100

———————————————————

May 22, 2026

Petition for Writ of Certiorari to the County Court for Sarasota County; Maryann Olson Uzabel, Judge.

Dean Abrams, pro se.

No appearance for Respondent.

PER CURIAM.

Dismissed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.